UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROGER JUNIOR USSERY,<br><br>                Plaintiff,<br><br>v.<br><br>WAKE COUNTY, APEX POLICE<br>DEPARTMENT, and THE STATE<br>OF NORTH CAROLINA,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-92-D-BM** |

**Decision by Court.**

Upon issuance of an order directing plaintiff to cure deficiencies, the Honorable James C. Dever III, United States District Judge, directed that the action be closed without further order of the court if plaintiff failed to comply.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff failed to pay the filing fee or submit an Application to Proceed Without Prepayment of Fees and failed to correct filing deficiencies as directed by the order at [D.E. 3] entered April 4, 2023. Therefore, this case is closed.

**This Judgment Filed and Entered on August 2, 2023, and Copies To:**

Roger Junior Ussery     (via U.S. Mail to 1225 14th Street NE, #16, Hickory, NC 28602)

DATE: August 2, 2023                             PETER A. MOORE, JR., CLERK

                                                            (By)  /s/ Stephanie Mann
                                                            Deputy Clerk